

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BRIAN FRANCOLLA
*Senior Counsel*
Tel.: (212) 356-3527
Fax: (212) 356-3509

August 5, 2014

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>Brian Foster v. The City of New York, et al.</u>, 13 CV 5108 (MKB) (VMS)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendants. In that capacity, I write jointly with plaintiff's counsel, Gerald Cohen, Esq., to advise the Court that the parties have reached a settlement agreement in principle. Accordingly, the parties respectfully request thirty days to file a Stipulation and Order of Dismissal via ECF.

      Thank you for your consideration.

                              Respectfully submitted,

                              Brian Francolla
                              Senior Counsel
                              Special Federal Litigation Division

cc:    Gerald Cohen, Esq. (by ECF)
       Joshua Fitch, Esq.
       Cohen & Fitch LLP
       233 Broadway, Suite 1800
       New York, New York 10279