UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BRIAN FOSTER,

                                        Plaintiff,

                -against-

THE CITY OF NEW YORK, P.O. DEREK WILSON, Tax
No. 0735, Individually and in his Official Capacity, P.O.
DAVID GRIECO, Shield No. 18061, Individually And in his
Official Capacity and P.O.'s "JOHN DOE" # 1-10,
Individually and in their Official Capacity (the name John Doe
being fictitious, as the true names are presently unknown),

                                        Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 5108 (MKB) (VMS)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Cohen & Fitch LLP
*Attorneys for Plaintiff*
233 Broadway, Suite 1800
New York, New York 10279

By: _____
Gerald Cohen
*Attorney for Plaintiff*

Dated: New York, New York
_____, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Wilson and Grieco*
100 Church Street, Rm. 3-142
New York, New York 10007

By: _____
Brian Francolla
*Senior Counsel*

SO ORDERED:

_____
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE